UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-25046-RAR

XYZ CORPORATION,

       Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A,"

       Defendants.
_____/

## ORDER DISMISSING CERTAIN DEFENDANTS

**THIS CAUSE** comes before the Court upon Plaintiff's Notices of Voluntary Dismissal as to Defendants SeptBot (No. 18), [ECF No. 50], and ymokee (No. 111), gomok (No. 113), and petoto (No. 114), [ECF No. 51]. The Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that Defendants SeptBot (No. 18), ymokee (No. 111), gomok (No. 113), and petoto (No. 114) are all hereby **DISMISSED** *with prejudice*.

**DONE AND ORDERED** in Miami, Florida, this 20th day of March, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**