Kemet Law Group

1825 NW Corporate Blvd., Suite 110, Boca Raton, FL 33431

Non-Infringement Report as to
Accused Products of Rainbow Bridge No.1 and qiezi  and
U.S. patent US D1,021,425 S

PRIVILEGED AND CONFIDENTIAL

Kemet Law Group

1825 NW Corporate Blvd., Suite 110, Boca Raton, FL 33431

CATALOGUE

## Contents

Patent Non-Infringement Analysis............................................................1

Part I. Overview of Patent 425.............................................................2

Part II. Major Information of the Accused Product.......................................5

Part III Technical Feature Decomposition, Comparison and Analysis.....................7

Kemet Law Group

1825 NW Corporate Blvd., Suite 110, Boca Raton, FL 33431

NON-INFRINGEMENT ANALYSIS OPINION
March 26, 2025

# Patent Non-Infringement Analysis

Entrusted by our clients Rainbow Bridge No.1 and qiezi ("Defendants") selling the Accused Products (Asins: B0C98J87PY, B0CLCL93BN, B0CQN8ZQBJ and B0D3PLW368), we prepared this Non-Infringement Report as below.

This report aims to determine whether the product of Asins B0CHV6TN2X and B0CP1M57LY ("Accused Product") falls within the scope of protection of US Design Patent NO. US D1,021,425 S ("Patent 425"). To achieve this purpose, this patent infringement risk assessment report analyses Patent 425, disassembles and analyses the technical features of the Accused Products according to the US Patent Law based on the principle of literal infringement and determination of equivalent infringement, and draws a conclusion on whether it is infringed or not. By analyzing Patent 425, disassembling, and analysing the Claimed Figures of the Accused Product, we will make a comparative analysis of infringement and conclude whether it is infringed.

Kemet Law Group

1825 NW Corporate Blvd., Suite 110, Boca Raton, FL 33431

# Part I. Overview of Patent 425

| Name | Wall Panel |
|---|---|
| US Patent Number | D1,021,425 S |
| Patent Date: | April 9, 2024 |
| Claimant | Jiangchuan Liu, Yibin (CN) |
| Legal Status | Valid |



FIG.1    FIG.2

Kemet Law Group

1825 NW Corporate Blvd., Suite 110, Boca Raton, FL 33431



9

*FIG. 3*

*FIG.4*

Kemet Law Group

1825 NW Corporate Blvd., Suite 110, Boca Raton, FL 33431



FIG. 5

FIG, 6

FIG 7

FIG. 8

Kemet Law Group

1825 NW Corporate Blvd., Suite 110, Boca Raton, FL 33431

# Part II. Major Information of the Accused Products

| Product Name | Tent Stove |
|---|---|
| ASINS | B0C98J87PY, B0CLCL93BN, B0CQN8ZQBJ and B0D3PLW368 |
| Views of the Products | |

Kemet Law Group

1825 NW Corporate Blvd., Suite 110, Boca Raton, FL 33431



Kemet Law Group

1825 NW Corporate Blvd., Suite 110, Boca Raton, FL 33431

# Part III Claimed Figures Decomposition, Comparison, and Analysis

In this case, Patent 425 has seven claimed figures, namely, figures 1 to 11. The Accused Products need to be compared with each separate claimed figures in the process of comparing it with the Patent 425. After comparing the Accused Products with the seven claimed figures, the applicant believes that compared with these seven claimed figures, the Patent 425 has completely different distinguishing claimed figures, and thus draws the following conclusion: the Accused Products do not fall within the protection scope of the Patent 425.

See the table below for a complete comparative analysis of the accused Accused Product.

**First. The Accused Product is different from Patent 425.**

| Patent Figure 1 | Accused Products（Model Wide） | Distinguishing features |
|---|---|---|
|  FIG.1 |  | The wall panels of Plaintiff's Patent 425 and Accused Products are all support frames and grid panels. However, there are many differences in structure between the two, which are compared in detail below. |
| Patent Figure 4 | | |

Kemet Law Group

1825 NW Corporate Blvd., Suite 110, Boca Raton, FL 33431



There are significant differences between the support frames of Plaintiff's Patent 425 and the Accused Products. The support frame in the patent involved in the case includes a pair of cross bars and triangular support plates fixed above the cross bars. Two wheels are fixed under each cross bar, and the center line of the triangular support plates is fixed to the two side edges of the grid plate.

The support frame of the product involved in the case also has a pair of horizontal bars and longitudinal support bars located above the horizontal bars. There is also a pair of diagonal support bars above each horizontal bar of this product. One end of the diagonal support rods is fixed on the horizontal bar, and the other end is fixed on the longitudinal support rod, and they are symmetrically arranged along the longitudinal support rod. The oblique support rod can further stabilize the structure of the support frame and prevent the grid plate from tilting.

Although the support frame of the Accused Products also has a triangular structure when viewed from the side, the support frame of the Accused Products is hollow, while the support frame of Plaintiff's Patent 425 is a solid sheet structure. The structures of the two are completely different.

Patent Figure 3

Kemet Law Group

1825 NW Corporate Blvd., Suite 110, Boca Raton, FL 33431



The triangular support sheet of the support frame of the patent involved in the case is relatively thin, and from the perspective of the main view, the bottom support frame has no obvious protrusion. Therefore, when multiple wall panels are placed in parallel, the gap between the wall panels is small.

The longitudinal support rods and diagonal support rods of the support frame of the product involved in the case are relatively thick, and from the perspective of the main view, the support frame at the bottom is obviously protruding. When multiple wall panels are placed in parallel, the gaps between the wall panels are relatively large.

Moreover, in conjunction with Figure 1, there is no obvious connection structure between the triangular support sheet and the mesh plate of Plaintiff's Patent 425 , and it may be fixed by welding. The longitudinal support rod of the Accused Products is fastened to the side of the mesh plate by screws and nuts, so it is easy to disassemble and facilitate the transportation of the product.

Patent Figure 6

11

Patent Figure 2

The grid panel of Plaintiff's Patent 425 is an integral structure, which includes a square frame, a grid located inside, and longitudinally extending reinforcing beams.

The grid plate of the product involved in the case has a split structure, which includes two split grid plates, the two split grid plates are fixed by screws and nuts and can therefore be disassembled for easy transportation.

Moreover, the longitudinal reinforcing beam in Plaintiff's Patent 425 serves to strengthen the support and is part of the overall outer frame. In the Accused Products, the upper and lower split wall panels are connected to form a horizontal partition beam, which creates a significant visual difference.

FIG 2

Kemet Law Group

1825 NW Corporate Blvd., Suite 110, Boca Raton, FL 33431



| Patent Figure 1 | Accused Products | Distinguishing features |
|---|---|---|
| FIG.1 | | The wall panels in the patents and Accused Products include support frames and grid panels. However, there are many differences in structure between the two, which are compared in detail below. |
| Patent Figure 4 | | |

Kemet Law Group

1825 NW Corporate Blvd., Suite 110, Boca Raton, FL 33431



| | | |
|---|---|---|
| | | There are significant differences between the support frames of Plaintiff's Patent 425 and the Accused Products. The support frame in the patent involved in the case includes a pair of cross bars and triangular support plates fixed above the cross bars. Two wheels are fixed under each cross bar, and the center line of the triangular support plates is fixed to the two side edges of the grid plate.<br><br>The support frame of the product involved in the case has an inverted T-shaped structure and also has a pair of cross bars. Above the cross bars are longitudinal support bars that are fixed on both sides of the grid plate. |
| Patent Figure 3 | | |
| | | The triangular support sheet of the support frame of the patent involved in the case is relatively thin, and from the front view and the bottom view, the support frame at the bottom has no obvious protrusion. Therefore, when multiple wall panels are placed in parallel, the gap between the wall panels is small.<br><br>The longitudinal support rods of the support frame of the product involved in the case are relatively thick, and from the perspective of the main view, the bottom support frame obviously protrudes outward. When multiple wall panels are placed in parallel, the gaps between the wall panels are relatively large.<br><br>Moreover, in conjunction with FIG. 1 of Plaintiff's Patent 425, there is no obvious connection structure between the triangular support sheet and the mesh plate in Plaintiff's Patent 425, and it may be fixed by welding. The |
| Patent Figure 6 | | |

Kemet Law Group

1825 NW Corporate Blvd., Suite 110, Boca Raton, FL 33431



| | | |
|---|---|---|
| | | longitudinal support rod of the Accused Products is fastened to the side of the mesh plate by screws and nuts, so it is easy to disassemble and is conducive to the transportation of the product. |
| Patent Figure 2 | | |
| | | The grid panel of Plaintiff's Patent 425 is an integral structure, which includes a square frame, a grid located inside, and longitudinally extending reinforcing beams. The grid plate of the product involved in the case has a split structure, which includes two split grid plates, the two split grid plates are fixed by screws and nuts, and can therefore be disassembled for easy transportation. Moreover, the longitudinal reinforcing beam in Plaintiff's Patent 425 plays the role of reinforcing support, and is part of the overall outer frame. However, in the Accused Products, the upper and lower split wall panels are connected together to form a horizontal partition beam, which has a significant visual difference. |

**Comparative Analysis:**

In summary, compared with the product involved in the case, the wall panel in Plaintiff's Patent 425 has significant differences in the overall structure, grid panel structure, and support frame structure.

First, visually, there is an obvious longitudinal reinforcing beam in the middle

Kemet Law Group
1825 NW Corporate Blvd., Suite 110, Boca Raton, FL 33431

of the grid plate of Plaintiff's Patent 425, while a transverse partition beam is formed in the grid plate of the Accused Products. The bottom support frame of Plaintiff's Patent 425 is a triangular sheet structure when viewed from the side, while the bottom support frame of the Accused Products is a triangular hollow structure when viewed from the side. In addition, due to the different thicknesses of the support frames, if multiple wall panels are arranged side by side, the gaps between the wall panels in Plaintiff's Patent 425 are smaller, while the gaps between the wall panels in the Accused Products are larger. Therefore, the two have obvious differences in appearance and structure and will not cause consumers to be mistaken.

Secondly, during transportation, the wall panels of the patent involved in the case cannot be disassembled as a whole; while the grid panels and support frames in the product involved in the case can be disassembled, and the grid panels can also be disassembled into two separate grid panels, which makes it more convenient for manufacturers and consumers to transport. Therefore, there is a clear difference in structure between the two, which makes the consumer experience completely different and will not cause consumers to misunderstand.

**Conclusion:**

Therefore, due to the above-mentioned differences in appearance and structure, this product is completely different from Plaintiff's Patent 425 and does not infringe Plaintiff's Patent 425.