UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 1:24-cv-25046

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants.

_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses with prejudice all claims against the following defendants:

| Def. No | Defendant Name | Seller Id | Platform | Account |
|---|---|---|---|---|
| 12 | Bonnlo | A3GUE14VHTZ8CV | Amazon | https://www.amazon.com/sp?ie=UTF8&seller=A3GUE14VHTZ8CV&asin |
| 112 | Dreamershop Trade Limited | 101175166 | Walmart | https://www.walmart.com/global/seller/101175166 |

Respectfully submitted on this 27th day of March, 2025.

**FELDENKRAIS LAW, P.A.**

Attorneys for Plaintiffs

20533 Biscayne Blvd. Suite 469

Aventura, FL 33180

Telephone: (305) 528-9614

Email: mfeldenkrais@gmail.com

By:/s/ Michael Feldenkrais, Esq.

Florida Bar No. 991708