UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 1:24-cv-25046

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants.

_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses with prejudice all claims against the following defendants:

| Def. No | Defendant Name | Account |
|---|---|---|
| 35 | Atopbest | https://www.ebay.com/str/atopbest?_tab=about |
| 36 | prtmall0998 | https://www.ebay.com/str/prtmall0998?_tab=about |
| 37 | leweishangwu | https://www.ebay.com/str/leweishangwu?_tab=about |
| 38 | powerlampsell20188 | https://www.ebay.com/str/powerlampsell20188?_tab=about |
| 42 | staleco | https://www.ebay.com/str/staleco?_tab=about |
| 46 | ayanyukejistore | https://www.ebay.com/str/ayanyukejistore?_tab=about |

| 47 | auto-big-buy | https://www.ebay.com/str/autobigbuy?_tab=about |
|---|---|---|
| 48 | zhuliyun2 | https://www.ebay.com/str/zhuliyun2?_tab=about |
| 49 | cdyjwl555 | https://www.ebay.com/str/cdyjwl555?_tab=about |
| 50 | yybshop01 | https://www.ebay.com/str/yybshop01?_tab=about |
| 51 | cdyjwl010 | https://www.ebay.com/str/cdyjwl010?_tab=about |
| 52 | shengyuwangluo01 | https://www.ebay.com/str/shengyuwangluo01?_tab=about |
| 53 | rongorange | https://www.ebay.com/str/rongorange?_tab=about |
| 54 | nanhaipuruite8 | https://www.ebay.com/str/nanhaipuruite8?_tab=about |
| 55 | alwaytty01 | https://www.ebay.com/str/alwaytty01?_tab=about |
| 56 | yiyiukmall | https://www.ebay.com/str/yiyiukmall?_tab=about |
| 57 | cdyjwl007 | https://www.ebay.com/str/cdyjwl007?_tab=about |
| 58 | prtalalwy | https://www.ebay.com/str/prtalalwy?_tab=about |
| 59 | monatde | https://www.ebay.com/str/monatde?_tab=about |
| 60 | ksupershop01 | https://www.ebay.com/str/ksupershop01?_tab=about |
| 61 | acmotorstore01 | https://www.ebay.com/str/acmotorstore01?_tab=about |
| 62 | rongbest123 | https://www.ebay.com/str/rongbest123?_tab=about |
| 63 | ktnewellshop | https://www.ebay.com/str/ktnewellshop?_tab=about |
| 64 | dadadamai | https://www.ebay.com/str/dadadamai?_tab=about |

| 65 | kt1369 | https://www.ebay.com/str/kt1369?_tab=about |
|---|---|---|
| 66 | amarket88 | https://www.ebay.com/str/amarket88?_tab=about |
| 67 | happyhour2 | https://www.ebay.com/str/happyhour2?_tab=about |
| 68 | pistonpetalsplay | https://www.ebay.com/str/pistonpetalsplay?_tab=about |
| 69 | wdft16 | https://www.ebay.com/str/wdft16?_tab=about |
| 70 | autofurnipara | https://www.ebay.com/str/autofurnipara?_tab=about |
| 71 | yiyibushe6 | https://www.ebay.com/str/yiyibushe6?_tab=about |
| 72 | myfantasticlife | https://www.ebay.com/str/myfantasticlife?_tab=about |
| 73 | lailiya01 | https://www.ebay.com/str/lailiya01?_tab=about |
| 74 | automaimaimai | https://www.ebay.com/str/automaimaimai?_tab=about |
| 75 | cncestshop02 | https://www.ebay.com/str/cncestshop02?_tab=about |
| 76 | cdyjwl002au | https://www.ebay.com/str/cdyjwl002au?_tab=about |
| 77 | shengywl011 | https://www.ebay.com/str/shengywl011?_tab=about |
| 78 | ten753951 | https://www.ebay.com/str/ten753951?_tab=about |
| 79 | autopartsstations | https://www.ebay.com/str/autopartsstations?_tab=about |
| 80 | cozyhomecreation | https://www.ebay.com/str/cozyhomecreation?_tab=about |
| 81 | fangfan84 | https://www.ebay.com/str/fangfan84?_tab=about |
| 82 | gardenautoemp123 | https://www.ebay.com/str/gardenautoemp123?_tab=about |

| 83 | funmall22 | https://www.ebay.com/str/funmall22?_tab=about |
|----|-----------|----------------------------------------------|
| 84 | autowelcomehere | https://www.ebay.com/str/autowelcomehere?_tab=about |
| 85 | yybskejigs002 | https://www.ebay.com/str/yybskejigs002?_tab=about |

Respectfully submitted on this 27th day of March, 2025.

**FELDENKRAIS LAW, P.A.**

Attorneys for Plaintiffs

20533 Biscayne Blvd. Suite 469

Aventura, FL 33180

Telephone: (305) 528-9614

Email: mfeldenkrais@gmail.com

By:/s/ Michael Feldenkrais, Esq.

Florida Bar No. 991708