UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-25046-RAR

**XYZ CORPORATION**,

       Plaintiff,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**

       Defendants.
_____/

**ORDER DISMISSING CERTAIN DEFENDANTS**

**THIS CAUSE** comes before the Court upon Plaintiff's Notices of Voluntary Dismissal as to Certain Defendants, *see* [ECF Nos. 69, 72]. The Court having carefully reviewed the record and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that Defendants Osherosher2460 (No. 44), Peaust (No. 39), and Luying Home Information Techn (No. 90) are hereby **DISMISSED** *with prejudice*.

**DONE AND ORDERED** in Miami, Florida, this 1st day of April, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**