UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 1:24-cv-25046

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants.

_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses with prejudice all claims against the following defendants:

| Def. No | Def. Name | Seller Id | Platform | Account |
|---|---|---|---|---|
| 101 | Fashion Buy Day | 634418215211692 | Temu | https://www.temu.com/fashion-buy-day-m-634418215211692.html |
| 102 | Toms Little Den | 634418215946316 | Temu | https://www.temu.com/-little-den-m-634418215946316.html |
| 97 | Global First | 634418216012693 | Temu | https://www.temu.com/-first-m-634418216012693.html |
| 106 | ZT BuyBuy | 634418216926563 | Temu | https://www.temu.com/zt--m-634418216926563.html |
| 107 | Happy Buy it | 634418215948552 | Temu | https://www.temu.com/-it-m-634418215948552.html |

Respectfully submitted on this 3rd day of March, 2025.

**FELDENKRAIS LAW, P.A.**

Attorneys for Plaintiffs

20533 Biscayne Blvd. Suite 469

Aventura, FL 33180

Telephone: (305) 528-9614

Email: mfeldenkrais@gmail.com

By:/s/ Michael Feldenkrais, Esq.

Florida Bar No. 991708