**UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**CASE NO. 1:24-cv-25046**

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A"

Defendants.

_____/

**PLAINTIFF'S REPLY TO DEFENDANT'S OBJECTION (ECF 98) REGARDING DROPBOX ACCESS**

Plaintiff, by and through undersigned counsel, files this Reply to Defendant's Objection [ECF No. 98] regarding the Dropbox link provided for document access and states as follows:

1. Defendant's objection rests solely on the purported inaccessibility of Plaintiff's Dropbox link. However, had Defendant followed the standard procedure of copying and pasting the link into a web browser, access would have been successfully obtained without issue.

2. To the extent Defendant's attempted to access the Dropbox link by clicking on it and encountered a 'Request Access' prompt, the process for obtaining access is clearly outlined and requires only a simple request for permission—no such request was ever made by Defendant.

3. Plaintiff further notes that no other defendants reported any difficulty accessing the Dropbox link. Moreover, while Defendant corresponded with Plaintiff's counsel via email on March 19, 2025, Defendant neither requested access to the Dropbox folder nor indicated any issue in accessing the materials provided.

4. Herien find the links:

    https://www.dropbox.com/scl/fo/nrlpfmxwxl3ez3snv32sm/AEPy6iAyx4qRYmlpplatrB8?rlkey=rpnhqooktjj76di1e1uuc1wg8&e=1&st=g7qzs5v5&dl=0

    and

    https://www.dropbox.com/scl/fo/nrlpfmxwxl3ez3snv32sm/AEPy6iAyx4qRYmlpplatrB8

    The first link is open and works directly.  The second link is one that needs permission.  See Attached Exhibit 1 showing on page 6 that the permission was open to kimsekani@163.com.

5. Importantly, the email address associated with Defendant's client was pre-approved and granted full access to the Dropbox folder. Defendant's counsel, however, attempted to access the link using an alternate, unauthorized email address and similarly failed to follow the clearly displayed instructions for requesting access.

6. Plaintiff submits that Defendant's failure to take reasonable and minimal steps to access the documents—such as submitting a request for access—does not constitute a valid basis for objection. If the Defendant's attorney has a problem opening the document, the only way Plaintiff's attorney would know that there is an issue is if he is notified by Defendant's attorney in order to solve the problem. Defendants attorney chose not to inform Plaintiff's attorney that he could not access the folder.

7. WHEREFORE, Plaintiff respectfully requests that the Court overrule Defendant's objection and deem the materials as timely and properly served in accordance with the applicable rules and procedures.

Respectfully submitted,

Executed on this 07th day of April, 2025.

**FELDENKRAIS LAW, P.A.**

Attorneys for Plaintiffs

20533 Biscayne Blvd. Suite 469

Aventura, FL 33180

Telephone: (305) 528-9614

Email: mfeldenkrais@gmail.com

By: /s/ Michael Feldenkrais, Esq.

Florida Bar No. 991708