← Back

## Access to **24-cv-25046_for defendants**

**People** | Links

🧑‍ Add an email or name

| | | |
|---|---|---|
| 11 | 11 | Can view ▾ |
| 1 | | Can view ▾ |
| 3 | | Can view ▾ |
| 4 | | Can view ▾ |
| 4 | | Can view ▾ |

## Access to **24-cv-25046_for defendants**

People | Links

&+ Add an email or name



| | |
|---|---|
| AT | Can view ▾ |
| A | Can view ▾ |
| A | Can view ▾ |
| B | Can view ▾ |
| BC | Can view ▾ |

## Access to **24-cv-25046_for defendants**

People | Links

👤 Add an email or name

| | | |
|---|---|---|
| B | ▮▮▮▮▮ | Can view ▾ |
| B | ▮▮▮▮▮ | Can view ▾ |
| B | ▮▮▮▮▮ | Can view ▾ |
| B | ▮▮▮▮▮ | Can view ▾ |
| CZ | ▮▮▮▮▮ | Can view ▾ |

## Access to 24-cv-25046_for defendants



## Access to **24-cv-25046_for defendants**

People | Links





## Access to **24-cv-25046_for defendants**

**People**  Links

    🔍 Add an email or name

| | | |
|---|---|---|
| **K** | ███████████ | Can view ▾ |
| **L** | ███████████ | Can view ▾ |
| **L** | ███████████ | Can view ▾ |
| **L** | ███████████ | Can view ▾ |
| **LY** | ███████████ | Can view ▾ |

## Access to 24-cv-25046_for defendants

**People** | Links

- Add an email or name

| | | |
|---|---|---|
| M | ███████ | Can view ▾ |
| N | ███████ | Can view ▾ |
| NS | ███████ | Can edit ▾ |
| P | ███████ | Can view ▾ |
| P | ███████ | Can view ▾ |

## Access to **24-cv-25046_for defendants**

People | Links





## Access to **24-cv-25046_for defendants**

## Access to **24-cv-25046_for defendants**

People | Links





## Access to 24-cv-25046_for defendants

